**Fill in this information to identify the case:**

Debtor 1: Anthony Ikechukwu Aka

Debtor 2 (Spouse, if filing): Georgenia Chigeon-Nnenn Aka

United States Bankruptcy Court for the: Eastern District of California (State)

Case number: 14-31615

# Form 4100R

## Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE3 Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 0890

**Property address:** 8194 Sunrise Blvd
Number   Street

Citrus Heights   CA   95610
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 5,119.54

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 5,119.54

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 1/1/2020 MM/DD/YYYY

| Debtor 1 | Anthony Ikechukwu Aka | Case number (*if known*) | 14-31615 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ **/s/ Daniel K. Fujimoto**
Signature

Date **2/3/20**

Print: **Daniel K. Fujimoto**
First Name   Middle Name   Last Name

Title: **Attorney for creditor**

Company: **THE WOLF FIRM, A LAW CORPORATION**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **2955 Main Street, Second Floor**
Number   Street

**Irvine**     **CA**     **92614**
City   State   ZIP Code

Contact phone (**949**) **720**-**9200**

Email **wdk@wolffirm.com**



|  |  |
|---|---|
| Preparation Date: | 02/03/20 |
| Prepared by: | Alma Garcia |

**Loan Information:**

| Loan Number | X X X X X X 0890 |
|---|---|
| Debtors Name - 1 | GEORGENIA AKA |
| Debtors Name - 2 |  |
| Property Address | 8194 SUNRISE BLVD |
| Property State | CA |

**Bankruptcy Information:**

| Bankruptcy Case # | 14-31615 |
|---|---|
| Filing Date: | 11/26/2014 |
| Person filing: | M1 |
| Number of previous filings: | 2 |

**Post petition due**

| Post petition due date: | 01/01/20 | | |
|---|---|---|---|
| Post petition $$$ due: | $5,119.54 | | **Comment** |
| Post petition insurance: | $0.00 | | Post-petition taxes and insurance included in annual |
| Post petition taxes: | $0.00 | | escrow analysis and added to monthly payments. |
|  |  | | |
| Total Post petition due | **$5,119.54** | | |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
|  |  |  |  |  |
| 01/12/15 | 12/01/14 | $1,926.28 | $1,928.86 |  |
| 02/09/15 | 01/01/15 | $1,926.28 | $1,928.86 | Correction/Adjustment |
| 03/06/15 | Partial Payment | 0.00 | $1,928.86 |  |
| 04/09/15 | 02/01/15 | $2,318.10 | $1,928.86 |  |
| 05/12/15 | 03/01/15 | $2,318.10 | $1,928.86 |  |
| 06/08/15 | 04/01/15 | $2,318.10 | $1,928.86 |  |
| 07/10/15 | 05/01/15 | $2,318.10 | $1,928.86 |  |
| 08/10/15 | Partial Payment | 0.00 | $1,928.86 |  |
| 09/08/15 | 06/01/15 | $2,318.10 | $1,928.86 |  |
| 10/08/15 | 07/01/15 | $2,318.10 | $2,318.10 |  |
| 11/09/15 | 08/01/15 | $2,318.10 | $2,318.10 |  |
| 12/08/15 | 09/01/15 | $2,318.10 | $2,318.10 |  |
| 01/11/16 | 10/01/15 | $2,318.10 | $2,318.10 |  |
| 02/08/16 | 11/01/15 | $2,318.10 | $2,318.10 |  |
| 04/18/16 | 12/01/15 | $2,318.10 | $4,636.20 |  |
|  | 01/01/16 | $2,318.10 |  |  |
| 05/10/16 | 02/01/16 | $2,318.10 | $2,377.02 |  |
| 06/10/16 | 03/01/16 | $2,318.10 | $2,377.02 |  |
| 07/12/16 | 04/01/16 | $2,377.02 | $2,377.02 |  |
| 08/18/16 | 05/01/16 | $2,377.02 | $2,377.02 |  |
| 09/09/16 | 06/01/16 | $2,377.02 | $2,377.02 |  |
| 10/10/16 | 07/01/16 | $2,377.02 | $2,377.02 |  |
| 12/09/16 | 08/01/16 | $2,377.02 | $4,754.04 |  |
|  | 09/01/16 | $2,377.02 |  |  |
| 01/09/17 | 10/01/16 | $2,377.02 | $2,377.02 |  |
| 02/09/17 | 11/01/16 | $2,377.02 | $2,377.02 |  |
| 03/09/17 | 12/01/16 | $2,377.02 | $2,377.02 |  |
| 04/10/17 | 01/01/17 | $2,377.02 | $2,377.02 |  |
| 05/08/17 | 02/01/17 | $2,377.02 | $2,377.02 |  |
| 07/11/17 | 03/01/17 | $2,377.02 | $4,754.04 |  |
|  | 04/01/17 | $2,377.02 |  |  |
| 08/10/17 | 05/01/17 | $2,377.02 | $2,377.02 |  |
| 09/12/17 | 06/01/17 | $2,377.02 | $2,377.02 |  |
| 10/11/17 | 07/01/17 | $1,926.26 | $2,370.22 | Correction/Adjustment |
|  | 08/01/17 | $2,377.02 |  |  |
| 11/22/17 | 09/01/17 | $2,370.22 | $2,370.22 |  |
| 12/20/17 | 10/01/17 | $2,370.22 | $2,370.22 |  |
| 01/11/18 | 11/01/17 | $2,370.22 | $2,370.22 |  |
| 02/15/18 | 12/01/17 | $2,370.22 | $2,277.73 |  |
| 03/14/18 | 01/01/18 | $1,926.26 | $2,277.73 | Correction/Adjustment |
| 04/24/18 | 02/01/18 | $2,277.73 | $2,277.73 |  |
| 05/10/18 | 03/01/18 | $2,277.73 | $2,277.73 |  |
| 06/20/18 | 04/01/18 | $2,277.73 | $2,277.73 |  |
| 07/12/18 | 05/01/18 | $2,277.73 | $2,277.73 |  |

| | | | | |
|---|---|---|---|---|
| 08/16/18 | 06/01/18 | $2,277.73 | $2,277.73 | |
| 09/14/18 | 07/01/18 | $2,277.73 | $2,277.73 | |
| 11/14/18 | 08/01/18 | $2,277.73 | $4,555.46 | |
| | 09/01/18 | $2,277.73 | | |
| 01/10/19 | 10/01/18 | $2,329.23 | $4,555.46 | |
| | 11/01/18 | $2,329.23 | | |
| 02/14/19 | 12/01/18 | $2,393.17 | $2,277.73 | |
| 03/15/19 | 01/01/19 | $2,393.17 | $2,277.73 | |
| 04/10/19 | Partial Payment | 0.00 | $2,277.73 | |
| 06/13/19 | 02/01/19 | $2,393.17 | $4,555.46 | |
| | 03/01/19 | $2,463.53 | | |
| 07/10/19 | 04/01/19 | $2,463.53 | $2,277.73 | |
| 08/13/19 | 05/01/19 | $2,463.53 | $2,277.73 | |
| 09/18/19 | 06/01/19 | $2,463.53 | $2,277.73 | |
| 10/10/19 | 07/01/19 | $2,463.53 | $2,277.73 | |
| 11/15/19 | 08/01/19 | $2,463.53 | $2,277.73 | |
| 12/18/19 | 09/01/19 | $2,652.52 | $2,277.73 | |
| | Partial Payment | 0.00 | $1,940.66 | Correction/Adjustment |
| 01/16/20 | 10/01/19 | $2,652.52 | $2,277.73 | |
| 01/28/20 | 11/01/19 | $2,652.52 | $3,225.41 | |
| | 12/01/19 | $2,652.52 | | |
| **Due** | 01/01/20 | $2,652.52 | 0.00 | |
| **Due** | 02/01/20 | $2,652.52 | 0.00 | |
| | | | | |

| | | | |
|---|---|---|---|
| Total Due | | $148,427.79 | |
| Total Received | | | $143,308.25 |

The contents of this document are RESTRICTED to authorized individuals.  Any unauthorized access, use or duplication is strictly prohibited.